Scott S. Humphreys (SBN 298021)
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350
humphreyss@ballardspahr.com

Lynn E. Rzonca (pro hac vice forthcoming)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7699
Telephone:  215.864.8109
Facsimile:  215.864.8999
rzoncal@ballardspahr.com

Attorneys for Plaintiff
THE FRANK LLOYD WRIGHT FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FRANK LLOYD WRIGHT FOUNDATION<br><br>              Plaintiff,<br><br>  v.<br><br>GERALD SHMAVONIAN,<br><br>              Defendants. | Case No. 3:18-cv-06564-MMC<br><br>**[~~PROPOSED~~] ORDER DIRECTING SERVICE OF SUMMONS AND COMPLAINT VIA PUBLICATION** ;<br><br>DIRECTIONS TO PLAINTIFF |

**ORDER**

The matter comes before the Court on Plaintiff Frank Lloyd Wright Foundation's ("Plaintiff") Report re: Status of Service of Summons and Request to Serve Defendant via Publication and Continue Initial CMC, which was filed with the Court on January 18, 2019.

Having considered the evidence and other matters presented to the Court, the Court finds that Plaintiff has set forth sufficient facts establishing the need to effect service of the Summons and Complaint in this action upon Defendant Gerald Shmavonian ("Defendant") by publication. The Court therefore ORDERS that service shall be effective when made on Defendant as follows:

1. By publication in the East Bay Times, which is a newspaper of general circulation located in the Contra Costa and Alameda Counties, such publication being made a total of four (4) times on a weekly or bi-weekly basis.

2. By sending four emails to Defendant, one at each time of publication as set forth above, to the following email addresses: FLWestate@aol.com, schmavonian@aol.com, and shmavonian@aol.com.

By order filed January 23, 2019, ~~The Court further ORDERS that, in order to allow Plaintiff to serve Defendant,~~ the initial Case Management Conference ~~presently~~ was set for January 25, 2019 ~~is to be~~ continued to April 26, 2019.

Plaintiff is hereby DIRECTED to file, no later than April 5, 2019, proof of the above-authorized service.

IT IS SO ORDERED.

DATED: January 29, 2019

Hon. MAXINE M. CHESNEY
United States District Court Judge

[PROPOSED] ORDER DIRECTING SERVICE OF SUMMONS AND COMPLAINT VIA PUBLICATION